# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES E. WILLIAMS, | § | |
| (SPN #01246089) | § | |
|     Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. H-07-0619 |
| | § | |
| TOMMY THOMPSON, *et al.*, | § | |
|     Defendants. | § | |

## MEMORANDUM AND OPINION

On February 16, 2007, James E. Williams, a former inmate at the Harris County Jail, filed this civil rights action *in forma pauperis.* On February 21, 2007, the Clerk's notice of case filing was returned to the court by the postal service with the notation, "Return to Sender, released from custody of the Harris County Sheriffs' Department." (Docket Entry No. 4).

Under Local Rule 83.4, a *pro se* litigant is responsible for keeping the Clerk advised in writing of his current address. The court will send notices only to the address on file. The plaintiff has failed to provide the court with an accurate, current address. Under the inherent powers necessarily vested in a court to manage its own affairs, this court determines that dismissal for want of prosecution is appropriate. *See* FED. R. CIV. P. 41(b); *Link v. Wabash R.R.*, 370 U.S. 626 (1962); *Woodson v. Surgitek, Inc.,* 57 F.3d 1406, 1417 (5th Cir. 1995); 8 J. Moore, *Federal Practice*

§ 41.51(3)(b) & (e) (3d ed. 1998). Upon a proper showing, relief from this order may be granted in accordance with FED. R. CIV. P. 60(b). *See Link*, 370 U.S. at 635.

This action is DISMISSED without prejudice for want of prosecution. Williams's motion to proceed *in forma pauperis,* (Docket Entry No. 2), is DENIED as moot.

SIGNED on February 26, 2007, at Houston, Texas.

_____

Lee H. Rosenthal
United States District Judge